PACKARD MOTOR CAR CO. *v.* CITY OF DETROIT.

This case is controlled by *Packard Motor Car Co.* v. *City of Detroit, ante,* 245.

Error to Wayne; Merriam (De Witt H.), J.    Submitted April 9, 1925.    (Docket No. 43.)    Decided October 1, 1925.

Assumpsit by the Packard Motor Car Company against the city of Detroit for taxes paid under protest.    From an order granting a motion to dismiss, plaintiff brings error.    Reversed.

*Henry E. Bodman* and *Henry I. Armstrong, Jr.,* for appellant.

*Walter Barlow* (*Charles P. O'Neil,* of counsel), for appellee.

WIEST, J.    This case involves the same issues decided in *Packard Motor Car Co.* v. *City of Detroit, ante,* 245, and the opinion therein decides this case.

Judgment reversed and a trial granted, with costs to plaintiff.

McDONALD, C. J., and CLARK, BIRD, SHARPE, MOORE, STEERE, and FELLOWS, JJ., concurred.